**United States Bankruptcy Court**
**District of Massachusetts**

**IN RE:**                                                                                              Case No. _____

**Livermore, Stephanie D**                                                                Chapter **7**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **November 15, 2011**    Signature: */s/ Stephanie D Livermore*
                                              **Stephanie D Livermore**                                      Debtor

Date: _____    Signature: _____
                                                                                                               Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

American Express
PO Box 1270
Newark, NJ   07101-1270


Discover
PO Box 6103
Carol Stream, IL   60197-6103


Eastern Bank
P.O. Box 843350
Boston, MA   02284


Elm Court Condominium Association
265 Essex Street, Suite 204
Salem, MA   01970


GMAC Mortgage
PO Box 79135
Phoenix, AZ   85062


Wells Fargo
PO Box 660431
Dallas, TX   75266